UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHILDREN'S HEALTHCARE OF ATLANTA, INC. , <br>          Plaintiff, <br><br> vs. <br><br> SHARON MCCRAY, <br>          Defendant. | CIVIL ACTION FILE <br><br> NO. 1: 13-cv-3531-WSD |

## J U D G M E N T

Defendant having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff CHILDREN'S HEALTHCARE OF ATLANTA, INC., against the defendant SHARON MCCRAY, for the sum of $1,000.00 inclusive of all damages, costs, reasonable attorneys' fees, interest, and any other expenses recoverable under any state or federal law that CHOA could claim in this action.

Dated at Atlanta, Georgia, this 9th day of June, 2014.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                                By:   s/ A. Coleman
                                       Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 9, 2014
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
        Deputy Clerk